**Transferred case has been opened**
NEF  to: InterDistrictTransfer_ARED                       11/26/2019 02:25 PM

```
CASE: 4:19-cv-00829

DETAILS: Case transferred from Arkansas Eastern
has been opened in Western District of Arkansas
as case 4:19-cv-04148, filed 11/26/2019.
```