# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

DYLAN WOOD, Individually and
on Behalf of All Others Similarly Situated     PLAINTIFF

v.     No. 3:19-cv-26-DPM

ELITE EYE CARE & OPTICAL, LLC, and
DR. CADE M. WILSON     DEFENDANTS

## ORDER

Dylan Wood worked as a medical assistant for Elite Eye Care between December 2017 and January 2019. Wood says he was paid hourly, worked more than forty hours a week, and was not paid any extra for his overtime work. Wood moved to conditionally certify a collective action, № 9. And the parties have settled in principle and stipulated to a group. № 18. The Court agrees that certain Elite Eye Care employees were subject to a common wage policy and are similarly situated. *Hoffmann-La Roche, Inc. v. Sperling*, 493 U.S. 165 (1989); *Smith v. Frac Tech Services, LLC*, No. 4:09-cv-679-JLH (E.D. Ark. 24 Nov. 2009). The Court therefore conditionally certifies the following group:

> All persons who work or worked for Elite Eye Care & Optical, LLC, and Dr. Cade Wilson as full-time hourly employees at any time since 8 February 2017.

As stipulated, Elite Eye and Wilson must provide plaintiff's counsel (on an electronic spreadsheet) a list of names, addresses, and e-mail address of group members.

The stipulated notice, proposed consent forms, email, and reminder postcard are approved with tweaks. *№ 18-1, № 18-2, № 18-3, № 18-4 & № 18-5*. Please name the employer in the group description. Remove "Court" from the subject line of the email. Delete the dash in "hourly paid" each time that phrase appears. Plaintiff's counsel may send these messages by regular mail and e-mail, as agreed by the parties. There's no need for text messages, too. Here's the schedule.

- Elite Eye Care and Dr. Wilson produce spreadsheet     20 December 2019
- Notice period opens     27 December 2019
- Opt-in period closes     11 March 2020
- Joint Motion to approve and dismiss or Joint Status Report     10 April 2020

\* \* \*

Motion, *№ 9*, granted as modified.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 December 2019