IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DYLAN WOOD, Individually and
on Behalf of All Others Similarly Situated          PLAINTIFF

v.          No. 3:19-cv-26-DPM

ELITE EYE CARE & OPTICAL, LLC, and
DR. CADE M. WILSON          DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 May 2020